# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | |
|---|---|---|
| **Case No.** | CR 2:23-mj-04133 | **Date** August 14, 2023 |
| **Title** | United States v. David Ramiro Narvaez | |

**Present: The Honorable** Margo A. Rocconi, United States Magistrate Judge

| Valerie Velasco | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   ORDER OF DETENTION

Defendant is alleged to have violated the terms of supervised release regarding a case arising from the Northern District of Georgia. Defendant is ordered DETAINED and held to answer the violation petition before the assigned district judge.

On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for forthwith transfer to the Northern District of Georgia.